1

2

3

4

5

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSEPH ROBINSON,                      No.  2:20-CV-1208-KJM-DMC-P

12             Plaintiff,

13      v.                                 ORDER

14   VERONICA CARRILLO,

15             Defendant.

16

17             Plaintiff, who is proceeding pro se, brings this civil action.  Plaintiff has filed a

18   notice of voluntary dismissal. See ECF No. 5.  Because no answer or motion for summary

19   judgment has been filed, leave of court is not required and the action is dismissed on Plaintiff's

20   notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to close this file.

21             IT IS SO ORDERED.

22   Dated:  February 9, 2021

23                                         _____
                                           DENNIS M. COTA
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28